UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-MJ-349 (DLM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           **MOTION TO DISMISS THE COMPLAINT**

MARK ALLEN ISHAM,

    Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Assistant U.S. Attorney Carla J. Baumel, hereby moves the Court for an Order dismissing, without prejudice, the Complaint as to defendant Mark Allen Isham, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:  June 20, 2024                              Respectfully Submitted,

                                                          ANDREW M. LUGER
                                                          United States Attorney

                                                          */s/ Carla J. Baumel*

                                                          BY:  CARLA J. BAUMEL
                                                          Assistant U.S. Attorney
                                                          Attorney ID No. 0504848